UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23863-ALTMAN

**MATTHEW BRANDON**,

    *Plaintiff*,

v.

**UNIVERSITY OF MIAMI** *and*
**COLEEN ATKINS**,

    *Defendants*.
_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **December 20, 2024**. In addition, by **December 20, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on December 9, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record