UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23863-ALTMAN/Lett

MATTHEW BRANDON, an individual,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI, a Florida Not For
Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Matthew Brandon, and Defendant, University of Miami, by and through their undersigned counsel, hereby give notice that this matter has been settled. The Parties are completing settlement papers and will file the requisite stipulation of dismissal under Fed. R. Civ. P. 41 once finalized. Given upcoming deadlines and a hearing established by the Court's Order Setting Discovery Status Conference (D.E. 33), the Parties wanted to alert the Court of the pending settlement.

Respectfully submitted this 17th day of June, 2025,

| **Reid Levin, PLLC** | **Isicoff Ragatz** |
|---|---|
| P.O. Box 880682 | 601 Brickell Key Drive, Suite 750 |
| Boca Raton, Florida 33488 | Miami, Florida 33131 |
| Tel.: (561) 866-6089 | Tel.: (305) 373-3232 |
| | Fax: (305) 373-3233 |
| By: /s/ Reid Levin | |
|     Reid Levin | By: /s/ Christopher M. Yannuzzi |
|     Florida Bar No. 1038933 |     Eric D. Isicoff |
|     reid@reidlevinpllc.com |     Florida Bar No. 372201 |
|     Leylany E. Rodriguez |     Isicoff@irlaw.com |
|     Florida Bar No. 1058293 |     Teresa Ragatz |
|     leylany@reidlevinpllc.com |     Florida Bar No. 545170 |
| |     Ragatz@irlaw.com |
| *Counsel for Plaintiff* |     Christopher M. Yannuzzi |
| |     Florida Bar No. 0092166 |
| |     Yannuzzi@irlaw.com |
| | |
| | *Counsel for Defendants* |