**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23863-ALTMAN/Lett**

MATTHEW BRANDON, an individual,

      **Plaintiff,**

vs.

UNIVERSITY OF MIAMI, a Florida Not For
Profit Corporation,

      **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Matthew Brandon, and Defendants, University of Miami and Coleen Atkins[1], by

and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the

dismissal of this case with prejudice. Each Party shall bear its own attorneys' fees and costs.

---

[1]    Dr. Atkins formerly was a named Defendant in this lawsuit. (D.E. 1.) Plaintiff later sought leave to remove Dr. Atkins as a Defendant (D.E. 28), which was granted by the Court (D.E. 29). By Order dated May 20, 2025, the Court dismissed Dr. Atkins from the case. (D.E. 32.) Notwithstanding, Fed. R. Civ. P. 41(a)(1)(A)(ii) only permits dismissal via "a stipulation of dismissal signed by all parties who have appeared." Because Dr. Atkins previously appeared as a party Defendant in this case, in an abundance of caution, she joins in this Joint Stipulation.

2

Respectfully submitted this 27th day of June, 2025,

| | |
|---|---|
| **Reid Levin, PLLC**<br>P.O. Box 880682<br>Boca Raton, Florida 33488<br>Tel.: (561) 866-6089<br><br>By: /s/ Reid Levin<br>      Reid Levin<br>      Florida Bar No. 1038933<br>      reid@reidlevinpllc.com<br>      Leylany E. Rodriguez<br>      Florida Bar No. 1058293<br>      leylany@reidlevinpllc.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>      Eric D. Isicoff<br>      Florida Bar No. 372201<br>      Isicoff@irlaw.com<br>      Teresa Ragatz<br>      Florida Bar No. 545170<br>      Ragatz@irlaw.com<br>      Christopher M. Yannuzzi<br>      Florida Bar No. 0092166<br>      Yannuzzi@irlaw.com<br><br>*Counsel for Defendants* |